## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W. CURTISS PRIEST, on Behalf of Themself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ZAYRE CORPORATION, SUMNER L. FELDBERG, MAURICE SEGALL, and STANLEY H. FELDBERG,<br><br>  Defendants. | No. 1:86-cv-2411-Z |

### PLAINTIFFS' MOTION FOR AN ORDER AUTHORIZING
### *CY PRES* DISPOSITION OF UNCLAIMED SETTLEMENT FUNDS

Plaintiffs hereby move for an order authorizing the *cy pres* disposition of all unclaimed settlement funds remaining after the distribution of the Settlement Fund in the above captioned securities class action.

For the reasons set forth in the Memorandum in Support of Plaintiffs' Motion for an Order Authorizing *Cy Pres* Disposition of Unclaimed Settlement Funds, filed herewith, Plaintiffs respectfully request that the Court enter the proposed Order directing that the balance remaining in the Settlement Fund, $6,434.74, be donated to the Taxpayers Against Fraud Education Fund.

Dated: July 16, 2021

**BERMAN TABACCO**

/s/ *Lindsey B. Silver*
Lindsey B. Silver (BBO #685731)
Steven J. Buttacavoli (BBO #651440)
One Liberty Square
Boston, MA 02109
(617) 542-8300
lsilver@bermantabacco.com
sbuttacavoli@bermantabacco.com

*Plaintiffs' Counsel*

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel of record for Defendants in this action were notified of this motion by email at the email addresses provided on their law firm's website.  No Defendant has objected to the motion or the relief sought herein.

/s/ *Lindsey B. Silver*
Lindsey B. Silver

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies of the documents will be sent to those indicated as non-registered participants.

Dated: July 16, 2021                    /s/ *Lindsey B. Silver*
                                        Lindsey B. Silver